UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amritpal Singh          Plaintiff,

-against-

USCIS          Defendant.

15 cv 1411 ( )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Michael E. Piston_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Michigan__; and that his/her contact information is as follows (please print):

Applicant's Name: Michael E. Piston

Firm Name: _____

Address: 225 Broadway Suite 307

City / State / Zip: New York, NY 10007

Telephone / Fax: 646-845-9895

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Amritpal Singh__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2-23-15

_____
United States District / Magistrate Judge